**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00446-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENT WILLIAM BAMESBURGER,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **April 23, 2010**, commencing at 9:30 a.m., the court shall conduct a hearing on the supervised release violation. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: March 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.