# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00446-REB-01 |
| KENT WILLIAM BAMESBURGER | USM Number:  33433-013 |
| | Warren Williamson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, and 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 11/13/2012 |
| 2 | Possession and Use of a Controlled Substance | 11/27/2012 |

     The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 17, 2013
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

**April 19, 2013**
Date

DEFENDANT:  KENT WILLIAM BAMESBURGER
CASE NUMBER:  04-cr-00446-REB-01                                                                        Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 12/18/2012 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Counseling) | 01/23/2013 |
| 5 | Failure to Comply with the Rules and Regulations of a Residential Reentry Center | 02/02/2013 |
| 6 | Possession and Use of a Controlled Substance | 01/30/2013 |
| 7 | Possession and Use of a Controlled Substance | 02/02/2013 |
| 8 | Possession and Use of a Controlled Substance | 02/06/2013 |

DEFENDANT:  KENT WILLIAM BAMESBURGER
CASE NUMBER:  04-cr-00446-REB-01                                                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.  The Court orders that the term of imprisonment be served consecutively to any sentenced imposed by Colorado State Parole.  No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, preferably in its complex in Florence, Colorado, effective forthwith.

The Court recommends that the Bureau of Prisons credit the defendant with time spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal